BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AARON MCCAFFETY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01127-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to January 4, 2017 to respond to Plaintiff's opening brief.  This is Defendant's first request for an extension of time.  Defendant is requesting the additional time due to a heavy workload.  Defendant has a ninth circuit appellate brief and eight other district court briefs due in December.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3 | Respectfully submitted,

4 | Dated:  December 2, 2016          /s/ Jonathan Pena by Chantal R. Jenkins*
5 | JONATHAN PENA
  | As authorized *via* email by Jonathan Pena
6 | on December 2, 2016
7 | Attorney for Plaintiff

8

9 | Dated:  December 2, 2016          PHILLIP A. TALBERT
  | United States Attorney
10 | DEBORAH LEE STACHEL
  | Regional Chief Counsel, Region IX
11 | Social Security Administration

12

13 | By:     /s/ Chantal R. Jenkins
  | CHANTAL R. JENKINS
14 | Special Assistant United States Attorney

15

16 | ORDER

17

18 | APPROVED AND SO ORDERED:

19

20 | Dated:  December 6, 2016

21 | _____
  | CAROLYN K. DELANEY
22 | UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2