BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AARON MCCAFFETY, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-cv-01127-CKD <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

     Upon remand, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) with instructions to reevaluate the medical evidence of record, reassess Plaintiff's residual functional capacity, and obtain supplemental vocational expert testimony if needed.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

Dated:  January 3, 2017        */s/ Jonathan Pena by Chantal R. Jenkins\**
                               JONATHAN PENA
                               *As authorized via email by Jonathan Pena
                               on January 3, 2017
                               Attorney for Plaintiff

Dated:  January 3, 2017        PHILLIP A. TALBERT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                      By:      */s/ Chantal R. Jenkins*
                               CHANTAL R. JENKINS
                               Special Assistant United States Attorney

## ORDER

APPROVED AND SO ORDERED:

Dated:  January 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE