UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MCCAFFETY,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | No. 2:16-cv-1127-CKD |

ORDER

The Joint Stipulation for Attorney Fees Under the EAJA (CM/ECF Docket Number 18) is GRANTED and an award of $4,800.00 in attorney fees under the Equal Access to Justice Act is to be paid subject to the terms of the Stipulation.

IT IS SO ORDERED

Dated: April 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE